No. 1472, Misc. PAYNE v. HOCKER, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 1489, Misc. CROCE v. SANCHEZ. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1478, Misc. ATKINS v. SULLIVAN. C. A. 10th Cir. Certiorari denied.

No. 1491, Misc. JONES v. CALIFORNIA. Ct. App. Cal. 2d App. Dist. Certiorari denied.

No. 1492, Misc. STEVENSON v. WARDEN, QUEENS COUNTY HOUSE OF DETENTION FOR MEN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1493, Misc. OGLESBY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1508, Misc. HENDERSON v. HENDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1510, Misc. NAM SING SHAK v. HAWAII. Sup. Ct. Hawaii. Certiorari denied.

No. 1513, Misc. NAM SING SHAK v. HAWAII. Sup. Ct. Hawaii. Certiorari denied.

No. 1514, Misc. NAM SING SHAK v. HAWAII. Sup. Ct. Hawaii. Certiorari denied.

No. 1541, Misc. AULL ET AL. v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied. *O. R. Adams* for petitioners.